## Commonwealth *v.* Norman, Appellant.

Submitted September 14, 1970.   *James L. Bross* and *John W. Packel,* Assistant Defenders, and *Vincent J.*

*Ziccardi,* Acting Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.